UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

K.C. KEITH COULTER,  )
                     )   2:10-CV-01140-PMP-PAL
           Plaintiff, )
                     )
vs.                  )   **ORDER**
                     )
CLARK COUNTY C.P.S., et al., )
                     )
           Defendants. )

**IT IS ORDERED** that Plaintiff K.C. Keith Coulter's Motion for US. Marshal to Serve Complaint (Doc. #2), filed on July 12, 2010, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Coulter's Motion for Mandamus (Doc. #8) filed October 5, 2010, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Coulter's Motion for Preliminary Injunction (Doc. #9) filed October 5, 2010, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff having failed to comply with the Order (Doc. #4) entered by the Honorable Peggy A. Lee, United States Magistrate Judge on July 29, 2010, requiring Plaintiff to file a new Application to Proceed *In Forma Pauperis*, Plaintiff's Complaint is hereby **DISMISSED**.

DATED: October 22, 2010.

_____
PHILIP M. PRO
United States District Judge